Stuart J. West, SBN 202041
West & Associates, A PC
2815 Mitchell Drive
Suite 209
Walnut Creek, CA  94598
925.262.2220

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Regal Art & Gifts, Inc., <br><br>           Plaintiff, <br><br>     vs. <br><br> Fusion Products, Ltd., Menard, Inc. <br><br> Does 1-20 <br><br>           Defendants | Case No.: CV15-04363 KAW <br><br> Joint Motion to Dismiss |

### Joint Motion to Dismiss with Prejudice

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Plaintiff, Regal Art & Gift, Inc. ("Regal"), by and though its counsel, hereby dismisses all claims against Defendants, Fusion Products, Ltd. and Menard, Inc., with prejudice.  Each party will bear its own costs and attorney's fees.

Respectfully submitted this 11th day of August, 2016.

/
/
/
/
/

- 1
Joint Motion to Dismiss

| | |
|---|---|
| Dated:  August 11, 2016 | West & Associates, A PC |
| | /s/ Stuart J. West |
| | Stuart J. West, Attorney for Plaintiff |
| | |
| Dated:  August 11, 2016 | Procopio, Cory, Hargreaves & Savitch LLP |
| | /s/ Mindy Morton |
| | Mindy Morton |
| | Attorney for all Defendants |

### CERTIFICATE OF SERVICE

I hereby certify that on August 11, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this notice as service of this document by electronic means.

/s/ Stuart J. West
Stuart J. West

ORDER

Per the stipulation of the parties, the case is dismissed with prejudice.

Dated:  8/12/16

Hon. Kandis A. Westmore
US Magistrate Judge